

FILED

2025 AUG -7 PM 3: 57

U.S. BANKRUPTCY COURT
NORTHERN DIST. OF OHIO

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case
number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | PARKWOOD AZ LLC | |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 92 – 0 8 0 9 7 4 3 | |

4. **Debtor's address**

**Principal place of business**

1014 W 4TH ST UNIT 1
Number     Street

LORAIN OH 44052
City          State     ZIP Code

LORAIN COUNTY/ CUYAHOGA COUNTY
County

**Mailing address, if different from principal place of business**

4542 LONGLEAF ROAD
Number     Street

P.O. Box

WARRENSVILLE OH 44128
City          State     ZIP Code

**Location of principal assets, if different from principal place of business**

994 PARKWOOD DR
Number     Street

CLEVELAND, OH 44108
City          State     ZIP Code

5. **Debtor's website** (URL)

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 _ 3 _ 1 _ 1

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ No |
| | | ☐ Yes. District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |
| | If more than 2 cases, attach a separate list. | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____  Relationship _____

District _____  When _____

                                                     MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other  Foreclosure scheduled for August 18, 2025. Property must be protected.

Where is the property?  994 Parkwood Drive
                        Number        Street

_____

Cleveland,                                    OH 44108
City                                          State ZIP Code

Is the property insured?

☐ No

☒ Yes. Insurance agency  State Farm Insurance

Contact name  Ryan Flinn

Phone  216-621-3723

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

| Debtor | PARKWOOD AZ LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/07/2025
       MM / DD / YYYY

✗ _____      Dulce Garcia
Signature of authorized representative of debtor      Printed name

Title   Managing Member, of Parkwood AZ LLC

**18. Signature of attorney**

✗ _____    Date _____
Signature of attorney for debtor        MM / DD / YYYY

Printed name _____

Firm name _____

Number     Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email address _____

Bar number _____ State _____

# Notice of Bankruptcy Filing

August 07, 2025

To Whom It May Concern,

Please be advised that Parkwood AZ, LLC has filed for bankruptcy protection under Chapter 11 of the  United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Ohio,Cleveland Division.

Debtor: Parkwood AZ, LLC
Case Number: [To be assigned by the court]
Filing Date: August 07, 2025
Chapter: 11 (Subchapter V – Small Business Debtor)

This filing imposes an automatic stay pursuant to 11 U.S.C. § 362, which prohibits all collection efforts,
foreclosure proceedings, and legal actions against the debtor or its assets, including the real property located at:
994 Parkwood Drive
Cleveland, OH 44108

You are hereby instructed to immediately cease and desist from any foreclosure actions or related proceedings. A full copy of the petition and case details will be provided upon request or as available through the Clerk of Court.

Thank you for your attention to this matter.
Sincerely,

Dulce Garcia
Managing Member, Parkwood AZ, LLC

# Voluntary Petition Package Cover Sheet

Debtor Name: Parkwood AZ, LLC
EIN: 92-0809743
Filing Chapter: Chapter 11 Subchapter V (Small Business)
Principal Business Address: 1014 W. 4th St., Unit 1, Lorain, OH 44052
Mailing Address: 4542 Longleaf Rd., Warrensville, OH 44128
Authorized Representative: Dulce Garcia, Managing Member
Date of Filing: _08/07/2025_

NAME of DEBTOR(S): _Dulce Garcia, on behalf_ _Parkwood AZ LLC,_

Did you pay someone to help you prepare your bankruptcy petition and schedules? __NO__

    If so, what is that person's name? _____

    How much did you pay for the help provided? $ _____

_[signature]_, on behalf of Parkwood AZ LLC    _8/7/2025_

Please sign your name here                Date

_____     _____

Please sign your name here                Date

A copy of this completed form will be placed in your bankruptcy file and
may be provided to the trustee administering your bankruptcy case
and / or the United States Trustee.

**YOU SHOULD KEEP A COPY OF THIS FORM FOR YOUR RECORDS.**

❖ ❖ ❖ ❖ ❖ ❖ ❖ ❖ ❖ ❖ ❖ ❖ ❖ ❖ ❖

For Internal Use Only:

(1) Was there adequate BPP disclosure on the petition? _____ YES __✓__ NO

(2) Did debtor(s) pay filing fees in full? __✓__ YES _____ NO

If you answer "no" to either question please
send this form to the Judge for review.

_Paid $1738_